UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLASSCO INC., <br><br> Plaintiff, <br><br> v. <br><br> KYOCERA INTERNATIONAL, INC., <br> KYOCERA CORPORATION, <br> KYOCERA COMMUNICATIONS, INC., <br> PANTECH COMPANY, LTD., <br> PANTECH WIRELESS, INC., <br> PERSONAL COMMUNICATIONS DEVICES, <br> LLC,. <br> SONY ERICSSON MOBILE <br> COMMUNICATIONS AB, <br> SONY ERICSSON MOBILE <br> COMMUNICATIONS (USA) INC., <br><br> Defendants. | Civil Action No. 1:10-CV-12282-RWZ |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE WITH RESPECT TO DEFENDANTS, SONY ERICSSON MOBILE COMMUNICATIONS AB AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC

Plaintiff, Classco Inc. and Defendants, Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA) Inc., hereby move for an Order pursuant to F.R. Civ. P. 41(a)(2) and (c) dismissing all claims and counterclaims asserted between them, with prejudice, each party to bear its costs, expenses, and attorney's fees.

CLASSCO INC.


Dated:  July 26, 2011                    /s/ Gregory A. Madera
                                         Gregory A. Madera (BBO #313200)
                                         Thomas A. Brown (BBO #657715)
                                         Stephen A. Marshall (BBO #666200)
                                         Maureen Brenner (BBO #679573)
                                         FISH & RICHARDSON P.C.
                                         One Marina Park Drive Ste. 1700
                                         Boston, MA 02210-1878
                                         Tel: (617) 542-5070
                                         Fax: (617) 542-8906

                                         Attorneys for Plaintiff


                                         SONY ERICSSON MOBILE
                                         COMMUNICATIONS AB and SONY
                                         ERICSSON MOBILE COMMUNICATIONS
                                         (USA) INC.,


Dated:  July 26, 2011                    /s/ John J. Cotter
                                         John J. Cotter (BBO #554524)
                                         john.cotter@klgates.com
                                         K&L Gates LLP
                                         State Street Financial Center
                                         One Lincoln Street
                                         Boston, MA  02111
                                         Tel.:  (617) 261-3100
                                         Fax.:  (617) 261-3175

                                         John H. McDowell, Jr.
                                         Andrews Kurth LLP
                                         1717 Main Street
                                         Suite 3700
                                         Dallas, TX  75201
                                         Tel.:  (214) 659-4400
                                         Fax.:  (214) 915-1432

                                         Attorneys for Defendants.

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 26th day of July, 2011.

/s/ Gregory A. Madera
Gregory A. Madera