UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLASSCO INC., <br><br> Plaintiff, <br><br> v. <br><br> KYOCERA INTERNATIONAL, INC., <br> KYOCERA CORPORATION, <br> KYOCERA COMMUNICATIONS, INC., <br> PANTECH COMPANY, LTD., <br> PANTECH WIRELESS, INC., <br> PERSONAL COMMUNICATIONS DEVICES, LLC, SONY ERICSSON MOBILE COMMUNICATIONS AB, <br> SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., <br><br> Defendants. | Civil Action No. 1:10-CV-12282-RWZ |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE WITH RESPECT TO DEFENDANT PERSONAL COMMUNICATIONS DEVICES, LLC.**

Plaintiff, Classco Inc. and Defendant, Personal Communications Devices, LLC., hereby move for an Order pursuant to F.R. Civ. P. 41(a)(2) and (c) dismissing all claims and counterclaims asserted between them, with prejudice and without right to appeal, each party to bear its costs, expenses, and attorney's fees.

Dated: October 3, 2011

| CLASSCO INC. | PERSONAL COMMUNICATIONS DEVICES, LLC., |
|---|---|
| /s/ Gregory A. Madera<br>Gregory A. Madera (BBO #313,200)<br>Thomas A. Brown (BBO #657,715)<br>Stephen A. Marshall (BBO #666,200)<br>Maureen Brenner (BBO #679,573)<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive Ste. 1700<br>Boston, MA 02210-1878<br>Tel: (617) 542-5070<br>Fax: (617) 542-8906<br><br>ATTORNEYS FOR PLAINTIFF | /s/ Craig Smith<br>Craig Smith (BBO#636,723)<br>Danni Tang (BBO#669,563)<br>LANDO & ANASTASI, LLP<br>Riverfront Office Park<br>One Main Street<br>Cambridge, MA 02142<br>Tel: (617) 395-7000<br>Fax: (617) 395-7070<br><br>Nick P. Christopher<br>GIBBON P.C.<br>One Pennsylvania Plaza<br>37th Floor<br>New York, NY 10119-3701<br><br>ATTORNEYS FOR DEFENDANTS |

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 3rd day of October, 2011.

                                                    /s/ Gregory A. Madera
                                                    Gregory A. Madera