UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLASSCO INC., <br><br> Plaintiff, <br><br> v. <br><br> KYOCERA INTERNATIONAL, INC., <br> KYOCERA CORPORATION, <br> KYOCERA COMMUNICATIONS, INC., <br> PANTECH COMPANY, LTD., <br> PANTECH WIRELESS, INC., <br> PERSONAL COMMUNICATIONS DEVICES, LLC,. <br> SONY ERICSSON MOBILE COMMUNICATIONS AB, <br> SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC., <br> NOKIA CORPORATION, <br> NOKIA INC., <br><br> Defendants. | Civil Action No. 1:10-CV-12282-RWZ |

**STIPULATION OF DISMISSAL WITH PREJUDICE WITH RESPECT TO DEFENDANTS PANTECH COMPANY, LTD. AND PANTECH WIRELESS, INC.**

Plaintiff ClassCo Inc. and Defendants Pantech Company, Ltd and Pantech Wireless, Inc., hereby stipulate to dismissal under Fed. R. Civ. P. 41(a)(1) and 41(c) dismissing all claims and counterclaims asserted between them, with prejudice, each party to bear its costs, expenses, and attorneys' fees.

CLASSCO INC.,

Dated: October 18, 2011

*/s/ Stephen A. Marshall*
Gregory A. Madera (BBO #313200)
Thomas A. Brown (BBO #657715)
Stephen A. Marshall (BBO #666200)
Maureen Brenner (BBO #679573)
FISH & RICHARDSON P.C.
One Marina Park Drive Ste. 1700
Boston, MA 02210-1878
Tel: (617) 542-5070
Fax: (617) 542-8906

Attorneys for Plaintiff

PANTECH COMPANY, LTD. AND
PANTECH WIRELESS, INC.,

Dated: October 18, 2011

*/s/ Jack C. Schecter (with permission)*
Kerry L. Timbers (BBO#552,293)
Jack C. Schecter (BBO# 652,349)
Sunstein Kann Murphy & Timbers LLP
225 Summer Street
Boston, MA 02110
Tel: (617) 442-9292
Fax: (617) 443-0004

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 18th day of October 2011.

                                              */s/ Stephen A. Marshall*
                                              Stephen A. Marshall