IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLASSCO INC.,<br><br>      Plaintiff,<br><br>v.<br><br>KYOCERA INTERNATIONAL, INC.,<br>KYOCERA CORPORATION,<br>KYOCERA COMMUNICATIONS, INC.,<br>NOKIA CORPORATION, and<br>NOKIA INC.,<br><br>      Defendants. | Civil Action No. 10-12282-RWZ |

**STIPULATION OF DISMISSAL WITH PREJUDICE
WITH RESPECT TO DEFENDANTS KYOCERA INTERNATIONAL, INC.,
<u>KYOCERA CORPORATION, AND KYOCERA COMMUNICATIONS, INC.</u>**

Plaintiff, ClassCo Inc. ("ClassCo"), and Defendants, Kyocera International Inc., Kyocera Corporation and Kyocera Communications, Inc. (collectively "Kyocera"), hereby stipulate to dismissal under Fed.R.Civ.P. 41(a)(1) and 41(c) dismissing all claims and counterclaims asserted between them, with prejudice, each party to bear its costs, expenses and attorneys' fees.

CLASSCO INC.

Dated: August 6, 2013

/s/ Paul K. Vickrey (with permission)
Paul K. Vickrey
Richard B. Megley, Jr.
Frederick C. Laney
Gabriel I. Opatken
Niro, Haller & Niro
181 W. Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137
Email: Vickrey@nshn.com
Email: megleyjr@nshn.com
Email: laney@nshn.com
Email: gopatken@nshn.com

Jamie N. Hage
Hage Hodes, Professional Association
1855 Elm Street
Manchester, New Hampshire 03104
(603) 668-2222
Email: jhage@hagehodes.com

*Attorneys for Plaintiff*

KYOCERA INTERNATIONAL, INC.
KYOCERA CORPORATION
KYOCERA COMMUNICATIONS, INC.

Dated: August 6, 2013

/s/ Daniel M. Forman
Daniel M. Forman
J. Anthony Downs
James D. Clements
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
617-570-1000
dforman@goodwinprocter.com
jdowns@goodwinprocter.com
jclements@goodwinprocter.com

        David E. Kleinfeld
        Goodwin Procter LLP
        4365 Executive Drive
        3rd Floor
        San Diego, CA  92121
        858-202-2700
        dkleinfeld@goodwinprocter.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Daniel M. Forman, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 6, 2013.

        /s/ Daniel M. Forman