UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLASSCO INC., <br><br> Plaintiff, <br><br> v. <br><br> NOKIA CORPORATION and NOKIA INC., <br><br> Defendants. | C.A. No. 10-12282-RWZ |

**STIPULATION OF DISMISSAL OF DEFENDANT NOKIA CORPORATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ClassCo, Inc. and Defendants Nokia Corporation and Nokia Inc. hereby stipulate and agree that all claims asserted against Nokia Corporation in the above-captioned action be and are hereby dismissed with prejudice and without costs, expenses, or attorneys' fees. Nokia Inc. will remain as the sole remaining defendant in this action.

| | |
|---|---|
| /s/ Paul K. Vickery | /s/ Heather B. Repicky |
| Paul K. Vickery | Andrew J. McElaney, Jr. (BBO# 332260) |
| vickery@nshn.com | amcelaney@nutter.com |
| Frederick C. Laney | Heather B. Repicky (BBO# 663347) |
| laney@nshn.com | hrepicky@nutter.com |
| Garbiel I. Opatken | Nutter McClennen & Fish LLP |
| gopatken@nshn.com | Seaport West |
| Niro, Haller & Niro | 155 Seaport Boulevard |
| 181 W. Madison, Suite 4600 | Boston, MA 02210 |
| Chicago, IL 60602 | (617) 439-2000 |
| (312) 236-3137 | |
| | Robert F. Perry |
| Jamie N. Hage | rperry@kslaw.com |
| jhage@hagehodes.com | Allison H. Altersohn |
| Hage Hodes, Professional Association | aaltersohn@kslaw.com |
| 1855 Elm Street | Mark H. Francis |
| Manchester, NH 03104 | mfrancis@kslaw.com |
| (603) 668-2222 | King & Spalding LLP |
| | 1185 Avenue of the Americas |
| ***Attorneys for ClassCo Inc.*** | New York, NY 10036 |
| | (212) 556-2100 |
| | |
| | ***Attorneys for Nokia Corporation and Nokia Inc.*** |

## CERTIFICATE OF SERVICE

I certify that, on May 28, 2014, this document (filed through the ECF system) will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing (NEF).

/s/ Heather B. Repicky